UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JOHN LELAND COMBS,<br>Reg. No. 63884298,<br><br>        Plaintiff,<br><br>vs.<br><br>NORBERTO RIBAC, U.S. Border Patrol Agent; JORGE ARTILES, U.S. Border Patrol Agent,<br><br>        Defendants. | Case No.: 3:17-cv-02381-WQH-BGS<br><br>**ORDER** |
|---|---|

HAYES, Judge:

  On March 7, 2018, this Court granted Plaintiff's Motion to Proceed IFP and entered a stay of this action pending resolution of Plaintiff's criminal proceedings in *United States v. Combs*, S.D. Cal. Criminal Case No. 3:17-cr-03026-CAB-1. (ECF No. 7). The Court's March 7, 2018 Order required that Plaintiff file a motion to lift the stay in this matter within 30 days of the resolution of his criminal case. *Id.* On December 11, 2018, Plaintiff filed a Notice that a verdict was reached in Case No. 3:17-cr-03026-CAB-1, and a Motion for Leave to Amend the Complaint. (ECF No. 11).

  The Court construes Plaintiff's December 11, 2018 Notice as a Motion to Lift the Stay in this matter and a Motion to Amend. A verdict was reached in Plaintiff's criminal

1

| | |
|---|---|
| 1 | case, but judgment has not yet been entered in Case No. 3:17-cr-03026-CAB-1. Plaintiff's |
| 2 | criminal case has not concluded. Plaintiff's Motion to Lift the Stay and Motion to Amend |
| 3 | (ECF No. 11) are DENIED. Plaintiff may file a motion to lift the stay in this matter and |
| 4 | any motion to amend the complaint within 30 days of the Court's entry of judgment in |
| 5 | Case No. 3:17-cr-03026-CAB-1. |

Dated: December 17, 2018

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court